UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 10 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 24-1253 |
| Plaintiff - Appellee, | D.C. No. 3:22-cr-00297-HZ-1 |
| v. | District of Oregon, Portland |
| SCOTT RAYMOND KEAST, | ORDER |
| Defendant - Appellant. | |

Before: BEA, KOH, and SUNG, Circuit Judges.

The panel unanimously concludes that Keast's prior conviction for unlawful use of a weapon with a firearm, Or. Rev. Stat. §§ 166.220(1)(a), 161.610, is not a crime of violence for the purposes of § 4B1.2 of the United States Sentencing Guidelines Manual. We therefore **VACATE** Keast's sentence and **REMAND** to the district court for resentencing.

The mandate shall issue forthwith. *See* Fed. R. App. P. 41(b); 9th Cir. G.O. 4.6(b). An opinion explaining the disposition will follow. Any petition for panel rehearing or rehearing en banc properly accompanied by a motion to recall the mandate shall be entertained.

**IT IS SO ORDERED.**